1 ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
2 722 Thirteenth Street
Modesto, California 95354
3 Telephone:    (209) 544-0200
Fax:              (209) 544-1860
4

5 Attorney for Defendant
Jana Catherine Broddie
6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   CASE NO. 1:12-CR-40 LJO
                                        )
12       Plaintiffs,                    )   DEFENDANT'S NOTICE OF WAIVER
                                        )   AND PERSONAL APPEARANCE;
13 vs.                                  )   ORDER THEREON
                                        )
14                                      )
   JANA CATHERINE BRODDIE,              )
15                                      )
         Defendant.                     )
16 _____)

17
        Defendant, JANA CATHERINE BRODDIE, waives her right to be present in open
18
   court, upon the hearing of any motion or other proceeding in this cause, including but not
19
   limited to, when the case is ordered set for trial, when a continuance is ordered, and when any
20
   other action is taken by the Court before or after trial, except upon arraignment, plea,
21
   impanelment of jury and imposition of sentence.
22
        Defendant hereby requests the Court to proceed during every absence of hers which the
23
   Court may permit pursuant to this waiver; agrees that her interests will be deemed represented
24
   at all times by the presence of his attorney, ROBERT L. FORKNER, the same as if the
25
   Defendant was personally present; and further agrees to be present in person in Court ready for
26
   trial any day and hour the court may fix in his absence.
27

28

Defendant further acknowledges that she has been informed of her rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.

Dated: 6/26/12  /S/ Jana Catherine Broddie
JANA CATHERINE BRODDIE
DEFENDANT

Dated: 6/26/12  /s/ Robert L. Forkner
ROBERT L. FORKNER,
Attorney for Defendant

The defendant's request is GRANTED.

IT IS SO ORDERED.

Dated:  June 29, 2012  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2