```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant
JANA CATHERINE BRODDIE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:12-CR-40 LJO |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER FOR |
| v. | ) CONTINUANCE OF SENTENCING |
| JANA CATHERINE BRODDIE, | ) |
| Defendants. | ) |

Defendant, JANA CATHERINE BRODDIE, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney, hereby stipulate and request the following:

1. That the Sentencing presently set for August 5, 2013 be vacated and rescheduled for September 30, 2013 at 9:00 a.m.

STIPULATION AND PROPOSED ORDER

- 1 -

in Courtroom 2 before the Honorable Chief District Court Judge, Lawrence J. O'Neill.

2. Defense Counsel has just returned from vacation and has not been able to meet with Ms. Broddie because the Presentencing Report was received while Defense counsel was on vacation. A continuance is requested in order to allow a complete review of the Report from Probation with the defendant, and to file the necessary objections before the currently scheduled date.

IT IS SO STIPULATED.

Dated:  August 1, 2013          /s/ Robert L. Forkner
                                ROBERT L. FORKNER
                                Attorney for Defendant
                                JANA CATHERINE BRODDIE

Dated: August 1, 2013           BENJAMIN B. WAGNER
                                United States Attorney


                                by: /s/ Kathleen A. Servatius
                                KATHLEEN A. SERVATIUS
                                Assistant U.S. Attorney


IT IS SO ORDERED.

Dated: August 1, 2013
                                /s/ Lawrence J. O'Neill_____
                                HONORABLE Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE