ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:     (209)544-0200
Fax:           (209)544-1860

Attorney for Defendant
JANA CATHERINE BRODDIE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:12-CR-00040-LJO |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| v. | ) CONTINUE SURRENDER DATE |
| JANA CATHERINE BRODDIE, | ) |
| Defendants. | ) |

　　　　Defendant, JANA CATHERINE BRODDIE, through her attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, KATHLEEN SERVATIUS, Assistant United States Attorney, hereby stipulate and request the following:

　　　1. That the Defendant's surrender date presently set for January 18, 2014 be extended to January 21, 2014.

　　　2. Ms. Broddie was order to surrender on January 18, 2014, which is a Saturday.

1

3. The Bureau of Prisons designation information to Pretrial Services has noted Ms. Broddie's surrender date to Friday, January 17, 2014 which is the same date Ms. Broddie has a court ordered visitation with her oldest son from 1:00pm to 7:00pm.

4. Since the following Monday, January 20, 2014 is a federal Holiday, January 21, 2014 is requested so that Ms. Broddie can visit with her son.

   IT IS SO STIPULATED.


Dated:   January 14, 2014          /s/ Robert L. Forkner
                                   ROBERT L. FORKNER
                                   Attorney for Defendant
                                   Jana Broddie

Dated:   January 14, 2014

                              by: /s/ Kathleen Servatius
                                   Assistant United States
                                   Attorney


   GOOD CAUSE APPEARING, it is hereby ordered that the JANUARY 17, 2014 Surrender Date be continued to January 21, 2014.

IT IS SO ORDERED.

   Dated:   **January 14, 2014**            **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

2